## No. 6118.

STATE EX REL. HUGO REDWITZ VS. JUDGE OF THE SIXTH DISTRICT COURT, PARISH OF ORLEANS.

This is a question of jurisdiction turning on the amount in dispute. This depends, of course, upon the sum which Redwitz, the appellant, is called upon to pay, to wit: $491, amount of the claim against him, eight dollars interest due, and the costs of the suit, seventy dollars, in Gottschalk vs. Meyer, a foreign non-resident, for whom Redwitz went security. Therefore the sum demanded of Redwitz was $569. This was the dispute between them. This brings the case within the jurisdiction of the court.

APPLICATION for a writ of mandamus against the Judge of the Sixth District Court, parish of Orleans. *B. R. Forman,* for relator. Respondent, Judge *Saucier, in propria persona. Labatt, Aroni & Clinton,* for Gottschalk, plaintiff in the rule on Redwitz.

MORGAN, J. Suit was instituted by Gottschalk against Meyer for $491. Meyer was arrested as a foreign non-resident. Redwitz went on his bond. The amount of his bond was $625. Judgment was rendered against Meyer for $491, with eight dollars interest and costs.

. Gottschalk took a rule on Redwitz to show cause why he should not be condemned to pay him $491, and eight dollars interest and costs of suit and costs of the rule.

The rule was made absolute. Redwitz applied for an appeal, which was refused on the ground that the amount in dispute does not exceed five hundred dollars. He applies for a mandamus to compel the district judge to grant the appeal.

What is the amount in dispute? This depends, of course, upon the amount which Redwitz is called upon to pay. What is that amount? It is $491, amount of the claim, eight dollars interest due, and the costs of the suit in Gottschalk vs. Meyer. These costs are seventy dollars. Therefore the sum demanded of Redwitz was $569, and this was the dispute between them; *i. e.*, whether Redwitz should pay $569. This brings the case within our jurisdiction.

It is therefore ordered, adjudged, and decreed that the rule herein taken be made peremptory.